**Fill in this information to identify your case:**

Debtor 1: **Chris Lee**
First Name / Middle Name / Last Name

Debtor 2: (Spouse if, filing)
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number: **21-10554**
(if known)

■ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt                   4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2016 Kia Forte Koup Approx. 10,600 miles**<br>KBB "Private Party Sale" value listed.<br>Line from *Schedule A/B*: **3.1** | $12,447.00 | ■ $201.25<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2) |
| **Furniture; miscellaneous household items and furnishings; books; tools.**<br>Line from *Schedule A/B*: **6.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Personal/home electronics and entertainment.**<br>Line from *Schedule A/B*: **7.1** | $710.00 | ■ $710.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Baseball cards.**<br>Line from *Schedule A/B*: **8.1** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Camera; toy figurines.**<br>Line from *Schedule A/B*: **9.1** | $510.00 | ■ $510.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |

| Debtor 1 | Chris Lee | | Case number (if known) | 21-10554 |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Apparel.**<br>Line from *Schedule A/B*: **11.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | C.C.P. § 703.140(b)(3) |
| **Blood oxygen meter.**<br>Line from *Schedule A/B*: **14.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | C.C.P. § 703.140(b)(9) |
| **Cash on hand.**<br>Line from *Schedule A/B*: **16.1** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | C.C.P. § 703.140(b)(5) |
| **Savings #2397: Navy**<br>Line from *Schedule A/B*: **17.1** | $5.04 | ■ $5.04<br>☐ 100% of fair market value, up to any applicable statutory limit | | C.C.P. § 703.140(b)(5) |
| **Checking #1658-2: USAA**<br>Line from *Schedule A/B*: **17.2** | $78.00 | ■ $78.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | C.C.P. § 703.140(b)(5) |
| **Savings #1660-4: USAA**<br>Line from *Schedule A/B*: **17.3** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | C.C.P. § 703.140(b)(5) |
| **Checking #5684: Homestreet**<br>Line from *Schedule A/B*: **17.4** | $1,457.00 | ■ $1,457.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | C.C.P. § 703.140(b)(5) |
| **Brokerage: Tasty Works**<br>Line from *Schedule A/B*: **17.5** | $294.00 | ■ $294.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | C.C.P. § 703.140(b)(5) |
| **Brokerage: Webull**<br>Line from *Schedule A/B*: **17.6** | $274.00 | ■ $274.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | C.C.P. § 703.140(b)(5) |
| **Brokerage: Coinbase**<br>Line from *Schedule A/B*: **17.7** | $789.00 | ■ $789.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | C.C.P. § 703.140(b)(5) |
| **Venmo: Venmo**<br>Line from *Schedule A/B*: **17.8** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | C.C.P. § 703.140(b)(5) |

| Debtor 1 | Chris Lee | | Case number (if known) | 21-10554 |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Debtor's ex-business partner verbally promised debtor in or around mid-2019 a 5% ownership stake in his business, the Camas Hotel. There has never been any sort of formal transfer. The value listed is an estimate.**<br>Line from Schedule A/B: **19.1** | $150,000.00 | ■ $24,922.96<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **Debtor's ex-business partner verbally promised debtor in or around mid-2019 a 5% ownership stake in his business, the Camas Hotel. There has never been any sort of formal transfer. The value listed is an estimate.**<br>Line from Schedule A/B: **19.1** | $150,000.00 | ■ $8,725.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(6)** |
| **Two domain names: punkvivid.com (Estibot value less than $100) pnwtransmitters.com (Estibot value less than $100)**<br>Line from Schedule A/B: **26.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **Federal: Maximum potential 2020 tax refund. Amount scheduled represents the approximate total amount withheld in 2020.**<br>Line from Schedule A/B: **28.1** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **Federal: 2019 federal tax refund.**<br>Line from Schedule A/B: **28.2** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **Potential VA disability benefits relating to physical injuries while serving. Debtor estimates his benefit may be roughly $140 per month.**<br>Line from Schedule A/B: **34.1** | Unknown | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(10)(B)** |
| **Potential VA disability benefits relating to physical injuries while serving. Debtor estimates his benefit may be roughly $140 per month.**<br>Line from Schedule A/B: **34.1** | Unknown | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(10)(C)** |
| **Anticipated Covid stimulus money.**<br>Line from Schedule A/B: **35.1** | $1,400.00 | ■ $1,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No
       ☐ Yes

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Chris Lee** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) | 21-10554 |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Ally Financial**<br>Creditor's Name | Describe the property that secures the claim:<br>**2016 Kia Forte Koup** | $12,245.75 | $12,447.00 | $0.00 |
| **P.O. Box 380902**<br>**Bloomington, MN 55438**<br>Number, Street, City, State & Zip Code | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | | |
| **Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset) **Purchase Money Security** | | | |
| Date debt was incurred _____ | Last 4 digits of account number **4936** | | | |

| Add the dollar value of your entries in Column A on this page. Write that number here: | $12,245.75 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $12,245.75 |

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| [ ] | Name, Number, Street, City, State & Zip Code<br>**Ally**<br>**PO Box 13625**<br>**Philadelphia, PA 19101** | On which line in Part 1 did you enter the creditor? **2.1**<br>Last 4 digits of account number ___ |
|---|---|---|

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Chris Lee** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number **21-10554**
(if known)

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Chris Lee**
**Chris Lee**
Signature of Debtor 1

Date **April 13, 2021**

X _____
Signature of Debtor 2

Date _____

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Chris Lee** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number (if known) | **21-10554** | | |

■ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy   4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ■ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☐ No
   ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **17830 22nd Place W**<br>**Lynnwood, WA 98037** | From-To:<br>**August 2020** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |
| **405 NE 4th Ave**<br>**Camas, WA 98607** | From-To:<br>**October 2019** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |
| **16116 Ash Way**<br>**Lynnwood, WA 98087** | From-To:<br>**May 2019 to August 2020** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |
| **1017 S Alvarado St**<br>**Los Angeles, CA 90006** | From-To:<br>**March 2018 to May 2019** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1  **Chris Lee**  Case number (*if known*) **21-10554**

## Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $1,485.00 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| | ■ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $517.66 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| **For last calendar year:** (January 1 to December 31, 2020 ) | ■ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $2,181.00 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| | ■ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $2,297.93 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| | ■ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $2,700.00 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| | ■ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $102.50 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $4,518.00 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| | ■ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $10.00 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |
| | ■ Wages, commissions, bonuses, tips <br> ☐ Operating a business | $2,700.00 | ☐ Wages, commissions, bonuses, tips <br> ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

|  | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until the date you filed for bankruptcy: | Covid-19 stimulus payment | $600.00 | | |
| | Unemployment (back pay) | $2,346.00 | | |
| For last calendar year: (January 1 to December 31, 2020 ) | Settlement (motorcycle accident) | $10,000.00 | | |
| | Insurance payout (motorcycle accident) | $500.00 | | |
| | Unemployment Benefits | $14,965.00 | | |
| | Money gift from family | $500.00 | | |
| | Covid-19 stimulus payment | $1,200.00 | | |
| | Gift money from friends | $57.00 | | |
| For the calendar year before that: (January 1 to December 31, 2019 ) | Dividends | $29.00 | | |
| | Investment proceeds | $112.00 | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
    ☐ No.  Go to line 7.
    ☐ Yes  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

| Debtor 1 | Chris Lee | Case number (*if known*) | 21-10554 |
|---|---|---|---|

■ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

  ☐ No.  Go to line 7.
  ■ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Ally Financial**<br>P.O. Box 380902<br>Bloomington, MN 55438 | 1-1-21; 2-1-21; 2-21-21 | $866.07 | $12,245.75 | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

  ■ No
  ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

  ■ No
  ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:  Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

  ☐ No
  ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Navy Federal Credit Union v. Chris Lee AKA Chris Yang.**<br>**19STCV36641** | **Collections.** | **Sup Court of CA, County of LA**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1  **Chris Lee**  Case number (*if known*) **21-10554**

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
    |---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No
    ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ■ No
    ☐ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ■ No
    ☐ Yes. Fill in the details for each gift or contribution.

    | Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
    |---|---|---|---|

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ■ No
    ☐ Yes. Fill in the details.

    | Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
    |---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ■ Yes. Fill in the details.

    | Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
    |---|---|---|---|

Official Form 107                **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                page **5**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Law Office of Teri E. Johnson, PLLC<br>19105 36th Avenue West, Suite 209<br>Lynnwood, WA 98036<br>teri@terijohnsonlaw.com | Attorney fee:  $1,375. | Paid prior to the filing of this Petition. | $1,375.00 |
| 001 DebtorCC, Inc.<br>378 Summit Ave<br>Jersey City, NJ 07306<br>www.debtorcc.org | Pre-bankruptcy credit counseling course. | 11-24-20 | $15.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Americor<br>18200 Von Karmen Ave<br>Irvine, CA 92612 | Debt management plan.  Debtor cancelled shortly after enrolling and was refunded $1,900. | 9-16-20;<br>10-16-20;<br>11-16-20 | $2,003.25 |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Unknown (OfferUp)<br><br>None | 2018 Honda Rebel. | $2,000. | 8-15-20 |
| Unknown (OfferUp)<br><br>None | 2006 Kia Sedona. | $500. | 8-17-20 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

    ■ No
    ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| Debtor 1 | Chris Lee | Case number (*if known*) | 21-10554 |
|---|---|---|---|

### Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
    ☐ No
    ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| PayPal<br>2211 N. First St<br>San Jose, CA 95131 | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other PayPal | 3-16-21 | $0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ No
    ☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

### Part 9: Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ No
    ☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

### Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

### 24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

### 25. Have you notified any governmental unit of any release of hazardous material?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

### 26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

## Part 11:   Give Details About Your Business or Connections to Any Business

### 27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ **No. None of the above applies. Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Punk Vivid** | Online sales of masks, drop shipping.<br>The website, PunkVivid.com, is currently live until June 2021, but the business is not operational.<br><br>None. | EIN:   None.<br><br>From-To   June 2020 to September 2020. |
| **Camas Hotel**<br>**405 NE 4th Avenue**<br>**Camas, WA 98607** | Hotel. (See Schedule B.)<br><br>Unknown. | EIN:   Unknown.<br><br>From-To   Unknown. |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

    ☒ **No**
    ☐ **Yes. Fill in the details below.**

    | Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
    |---|---|
    |  |  |

**Part 12:  Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Chris Lee

**Chris Lee**
**Signature of Debtor 1**                                     **Signature of Debtor 2**

**Date**  **April 13, 2021**                                  **Date**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

http://www.wawb.uscourts.gov

## AMENDMENT COVER SHEET

| | | | |
|---|---|---|---|
| DEBTOR LAST NAME | **Lee** | | |
| CASE NUMBER | **21-10554** | CHAPTER | **7** |
| ATTORNEY FOR DEBTOR | **Teri E. Johnson 37241** | PHONE | **425-774-4000** |

### PLEASE CHECK WHAT IS BEING AMENDED

**PLEASE INDICATE WHICH SCHEDULE IS BEING AMENDED - *ONLY ONE $31 FEE REQUIRED IF AMENDMENT CONTAINS MORE THAN ONE CHANGE TO THE SCHEDULES AND LIST OF CREDITORS. SUBMIT ORIGINAL ONLY - NO COPIES REQUIRED**

☐ **1. PETITION:** Change debtor(s) name requires Motion and Ex Parte Order (No fee required)

☐ **2. MATRIX:** Adding, Deleting Creditors (Requires $31 Fee)

> No fee is required when the nature of the amendment is to change the address of a creditor or an attorney for a creditor listed on the schedules or to add the name and address of an attorney for a listed creditor.

When submitting an amended Matrix, send Matrix with **ONLY** the amended creditors. ECF filers are required to upload additional creditors into ECF and upload a pdf matrix of the amended creditors To do so, login to ECF, select the Bankruptcy menu, then click on the Creditor Maintenance hyperlink.

☐ **3. SCHEDULES: D, E/F (Requires $31 fee)**

> A fee is charged to add creditors, delete creditors, change the amount of a debt, or change the classification of a debt.
> **A, B, C, G, H, I, J, (No fee required)**
>
> **Form 106Dec Declaration About an *Individual* Debtor's Schedules (required)**
> **Form 202 Declaration Under Penalty of Perjury for *Non-Individual* Debtors (required)**
>
> **Refer to LBR 1009-1(c)(2) for information regarding notice to added creditors**

☑ **4. AMENDING AMOUNTS/TOTALS OF SCHEDULES: D, E/F (Requires $31 fee)**

> **A, B, C, G, H, I, J, (No fee required)**
>
> **Form 106Dec Declaration About an Individual Debtor's Schedules (required)**
> **Form 202 Declaration Under Penalty of Perjury for Non-Individual Debtors (required)**

☑ **5. STATEMENT OF FINANCIAL AFFAIRS (No fee required)**

Amendment Cover Sheet Local Forms
W.D. Wash. Bankr., Form 2 Eff. 12/16

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 21-10554-MLB    Doc 14    Filed 04/13/21    Ent. 04/13/21 17:50:47    Pg. 16 of 16