Teri E. Johnson, WSBA #37241
LAW OFFICE OF TERI E. JOHNSON, PLLC
6100 219th Street SW, Suite 480, PMB 334
Mountlake Terrace, WA 98043
Telephone: (425) 774-4000
Facsimile: (877) 774-4050
Email: Teri@TeriJohnsonLaw.com
Attorney for Debtor

The Honorable Marc Barreca
Chapter 7 Proceeding

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: | Case No.: 21-10554 |
| CHRIS LEE, | **PROOF OF SERVICE OF:** |
| Debtor. | **NOTICE OF CONTINUANCE OF §341 MEETING OF CREDITORS** |

I, Teri E. Johnson, declare as follows:

On 5-8-21, I mailed by United States mail, first class postage prepaid, a true and correct copy of the **NOTICE OF CONTINUANCE OF §341 MEETING OF CREDITORS,** a true and correct copy of which is attached hereto, to the creditors listed below:

        Ally
        PO Box 13625
        Philadelphia, PA 19101

        Ally Financial
        P.O. Box 380902
        Bloomington, MN 55438

        Centinela Freeman ER Med Assoc
        PO Box 47710
        Jacksonville, FL 32247

PROOF OF SERVICE – 1

LAW OFFICE OF TERI E. JOHNSON, PLLC
6100 219th Street SW, Suite 480, PMB 334
Mountlake Terrace, WA 98043
Telephone: (425) 774-4000   Facsimile: (877) 774-4050

Case 21-10554-MLB    Doc 15    Filed 05/08/21    Ent. 05/08/21 12:52:43    Pg. 1 of 4

Centinela Freeman ER Med Assoc
PO Box 80487
City of Industry, CA 91716

Centinela Hospital Medical Ctr
501 East Hardy Street, Ste 401
Inglewood, CA 90301

Centinela Hospital Medical Ctr
File 1144
1801 W. Olympic Blvd
Pasadena, CA 91199

Centinela Radiology
PO Box 5686
Orange, CA 92863

Chase Bank
PO Box 15298
Wilmington, DE 19850

Chase Bank
P.O. Box 15369
Wilmington, DE 19850

CMRE Financial Services, Inc.
3075 E. Imperial Hwy, Ste 200
Brea, CA 92821

Harris & Harris
111 West Jackson Blvd
Ste 400
Chicago, IL 60604

IRS
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101

JP MORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

PROOF OF SERVICE – 2

Law Office Of Teri E. Johnson, PLLC
6100 219th Street SW, Suite 480, PMB 334
Mountlake Terrace, WA 98043
Telephone: (425) 774-4000   Facsimile: (877) 774-4050

Case 21-10554-MLB    Doc 15    Filed 05/08/21    Ent. 05/08/21 12:52:43    Pg. 2 of 4

| | |
|---|---|
| 1 | Navy Federal Credit Union |
| 2 | PO Box 3000 |
| | Merrifield, VA 22119 |

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119

Providence Health & Services
PO Box 3299
Portland, OR 97208

Providence Health & Services
Corporate Office
1801 Lind Avenue SW
Renton, WA 98057

PROVIDENCE HEALTH & SERVICES
ATTN CINDY NORRIS
PO BOX 4408
PORTLAND OR 97208-4408

Silverman Theologou, LLP
11630 Chayote Street, Ste 3
Los Angeles, CA 90049

USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: 5-8-21    By:  /s/  Teri E. Johnson
                        Teri E. Johnson, WSBA #37241
                        Attorney for Debtor

PROOF OF SERVICE – 3

LAW OFFICE OF TERI E. JOHNSON, PLLC
6100 219th Street SW, Suite 480, PMB 334
Mountlake Terrace, WA 98043
Telephone: (425) 774-4000   Facsimile: (877) 774-4050

Teri E. Johnson, WSBA #37241  
LAW OFFICE OF TERI E. JOHNSON, PLLC  
6100 219th Street SW, Suite 480, PMB 334  
Mountlake Terrace, WA 98043  
Telephone: (425) 774-4000  
Facsimile: (877) 774-4050  
Email: Teri@TeriJohnsonLaw.com  
Attorney for Debtor  

The Honorable Marc Barreca  
Chapter 7 Proceeding  

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: ) | Case No.: 21-10554 |
| ) | |
| CHRIS LEE, ) | **NOTICE OF CONTINUANCE** |
| ) | **OF §341 MEETING OF CREDITORS** |
| Debtor. ) | |
| ) | |

TO ALL CREDITORS:

    PLEASE TAKE NOTICE that the telephonic §341 Meeting of Creditors, previously continued to May 18, 2021 at 9:30 am, has been continued as follows:

    **Date: June 29, 2021**  
    **Time: 8:30 am**  
    **Location: Telephonic**

Dated: 5-8-21

LAW OFFICE OF TERI E. JOHNSON, PLLC

By: *Teri Johnson*  
Teri E. Johnson, WSBA #37241  
Attorney for Debtor

NOTICE OF CONTINUANCE OF  
§341 MEETING OF CREDITORS – 1

LAW OFFICE OF TERI E. JOHNSON, PLLC  
6100 219th Street SW, Suite 480, PMB 334  
Mountlake Terrace, WA 98043  
Telephone: (425) 774-4000  Facsimile: (877) 774-4050