## AMENDMENT COVER SHEET

| | | | |
|---|---|---|---|
| DEBTOR LAST NAME | **Lee** | | |
| CASE NUMBER | **21-10554** | CHAPTER | **7** |
| ATTORNEY FOR DEBTOR | **Teri E. Johnson 37241** | PHONE | **425-774-4000** |

### PLEASE CHECK WHAT IS BEING AMENDED

**PLEASE INDICATE WHICH SCHEDULE IS BEING AMENDED - *ONLY ONE $31 FEE REQUIRED IF AMENDMENT CONTAINS MORE THAN ONE CHANGE TO THE SCHEDULES AND LIST OF CREDITORS. SUBMIT ORIGINAL ONLY - NO COPIES REQUIRED**

☐ **1. PETITION:** Change debtor(s) name requires Motion and Ex Parte Order (No fee required)

☐ **2. MATRIX:** Adding, Deleting Creditors (Requires $31 Fee)

No fee is required when the nature of the amendment is to change the address of a creditor or an attorney for a creditor listed on the schedules or to add the name and address of an attorney for a listed creditor.

When submitting an amended Matrix, send Matrix with **ONLY** the amended creditors. ECF filers are required to upload additional creditors into ECF and upload a pdf matrix of the amended creditors To do so, login to ECF, select the Bankruptcy menu, then click on the Creditor Maintenance hyperlink.

☑ **3. SCHEDULES: D, E/F (Requires $31 fee)**

A fee is charged to add creditors, delete creditors, change the amount of a debt, or change the classification of a debt.

**A, B, C, G, H, I, J, (No fee required)**

Form 106Dec Declaration About an *Individual* Debtor's Schedules (required)
Form 202 Declaration Under Penalty of Perjury for *Non-Individual* Debtors (required)

Refer to LBR 1009-1(c)(2) for information regarding notice to added creditors

☑ **4. AMENDING AMOUNTS/TOTALS OF SCHEDULES: D, E/F (Requires $31 fee)**

**A, B, C, G, H, I, J, (No fee required)**

Form 106Dec Declaration About an Individual Debtor's Schedules (required)
Form 202 Declaration Under Penalty of Perjury for Non-Individual Debtors (required)

☐ **5. STATEMENT OF FINANCIAL AFFAIRS (No fee required)**

Amendment Cover Sheet Local Forms
W.D. Wash. Bankr., Form 2 Eff. 12/16

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case 21-10554-MLB    Doc 16    Filed 06/13/21    Ent. 06/13/21 15:31:58    Pg. 1 of 11

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Chris** First Name | **Middle Name** | **Lee** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number | 21-10554 | | |

☒ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☒ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☒ Yes

| 3.1 | Make: | **Kia** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. | |
|---|---|---|---|---|---|
| | Model: | **Forte Koup** | ☒ Debtor 1 only | | |
| | Year: | **2016** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | Approx. **10,600** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | KBB "Private Party Sale" value listed. | | ☐ Check if this is community property (see instructions) | $12,447.00 | $12,447.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☒ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................=>   **$12,447.00**

**Part 3: Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| Debtor 1 | Chris Lee | Case number *(if known)* | 21-10554 |
|---|---|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Furniture; miscellaneous household items and furnishings; books; tools. | $50.00 |
   |---|---:|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | Personal/home electronics and entertainment. | $710.00 |
   |---|---:|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

   | Baseball cards. | $20.00 |
   |---|---:|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | Camera; toy figurines. | $510.00 |
   |---|---:|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Apparel. | $100.00 |
    |---|---:|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes. Give specific information.....

| Debtor 1 | **Chris Lee** | Case number *(if known)* | **21-10554** |
|---|---|---|---|

| | |
|---|---|
| **Blood oxygen meter.** | **$50.00** |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................ | **$1,440.00** |

### Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes..............................................................................................

| | |
|---|---|
| **Cash on hand.** | **$5.00** |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Savings #2397** | Navy | $5.04 |
| 17.2. | **Checking #1658-2** | USAA | $78.00 |
| 17.3. | **Savings #1660-4** | USAA | $0.00 |
| 17.4. | **Checking #5684** | Homestreet | $1,457.00 |
| 17.5. | **Brokerage** | Tasty Works | $294.00 |
| 17.6. | **Brokerage** | Webull | $274.00 |
| 17.7. | **Brokerage** | Coinbase | $789.00 |
| 17.8. | **Venmo** | Venmo | $0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................

Institution or issuer name:

| Debtor 1 | Chris Lee | Case number *(if known)* | 21-10554 |
|---|---|---|---|

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them..................

    | Name of entity: | % of ownership: | | |
    |---|---|---|---|
    | **Debtor's ex-business partner, Won Dong A. Lee Kim, verbally promised debtor in or around mid-2019 a 5% ownership stake in his business, The Camas Hotel. There has never been any sort of formal transfer. Estimated value is $150,000. On information and belief, Won Dong A. Lee Kim no longer has any connection to The Camas Hotel. In addition, Won Dong A. Lee Kim, through another of his companies, Almost Famous, promised debtor $10,800 in exchange for a returnable investment in the company. Amount still owed to debtor is $23,820.** | | % | $173,820.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
        Type of account:    Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☐ No
    ■ Yes. Give specific information about them...

    | | |
    |---|---|
    | **Two domain names:**<br>**punkvivid.com (Estibot value less than $100)**<br>**pnwtransmitters.com (Estibot value less than $100)** | $200.00 |

| Debtor 1 | **Chris Lee** | Case number *(if known)* | **21-10554** |
|---|---|---|---|

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| **Maximum potential 2020 tax refund. Amount scheduled represents the approximate total amount withheld in 2020.** | Federal | $800.00 |
| **2019 federal tax refund.** | Federal | $600.00 |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:    Beneficiary:    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes. Describe each claim.........

| | |
|---|---|
| **Potential VA disability benefits relating to physical injuries while serving. Debtor estimates his benefit may be roughly $140 per month.** | Unknown |

Debtor 1    Chris Lee                         Case number *(if known)*    21-10554

35. **Any financial assets you did not already list**
   ☐ No
   ■ Yes. Give specific information..

| Anticipated Covid stimulus money. | $1,400.00 |
|---|---|

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ....................................................................     **$179,722.04**

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes. Go to line 38.

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes. Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................     **$0.00**

**Part 8:**   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** .................................................................................................................     **$0.00**
56. **Part 2: Total vehicles, line 5**     $12,447.00
57. **Part 3: Total personal and household items, line 15**     $1,440.00
58. **Part 4: Total financial assets, line 36**     $179,722.04
59. **Part 5: Total business-related property, line 45**     $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**     $0.00
61. **Part 7: Total other property not listed, line 54**     +     $0.00
62. **Total personal property.** Add lines 56 through 61...     **$193,609.04**     Copy personal property total     **$193,609.04**
63. **Total of all property on Schedule A/B.** Add line 55 + line 62     **$193,609.04**

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Chris Lee** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number (if known) | 21-10554 | | |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt             4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2016 Kia Forte Koup Approx. 10,600 miles**<br>**KBB "Private Party Sale" value listed.**<br>Line from *Schedule A/B*: **3.1** | $12,447.00 | ■ $201.25<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2) |
| **Furniture; miscellaneous household items and furnishings; books; tools.**<br>Line from *Schedule A/B*: **6.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Personal/home electronics and entertainment.**<br>Line from *Schedule A/B*: **7.1** | $710.00 | ■ $710.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Baseball cards.**<br>Line from *Schedule A/B*: **8.1** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Camera; toy figurines.**<br>Line from *Schedule A/B*: **9.1** | $510.00 | ■ $510.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Apparel.**<br>Line from Schedule A/B: **11.1** | $100.00 | ■ | $100.00 | **C.C.P. § 703.140(b)(3)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Blood oxygen meter.**<br>Line from Schedule A/B: **14.1** | $50.00 | ■ | $50.00 | **C.C.P. § 703.140(b)(9)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Cash on hand.**<br>Line from Schedule A/B: **16.1** | $5.00 | ■ | $5.00 | **C.C.P. § 703.140(b)(5)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Savings #2397: Navy**<br>Line from Schedule A/B: **17.1** | $5.04 | ■ | $5.04 | **C.C.P. § 703.140(b)(5)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Checking #1658-2: USAA**<br>Line from Schedule A/B: **17.2** | $78.00 | ■ | $78.00 | **C.C.P. § 703.140(b)(5)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Savings #1660-4: USAA**<br>Line from Schedule A/B: **17.3** | $0.00 | ■ | $0.00 | **C.C.P. § 703.140(b)(5)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Checking #5684: Homestreet**<br>Line from Schedule A/B: **17.4** | $1,457.00 | ■ | $1,457.00 | **C.C.P. § 703.140(b)(5)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Brokerage: Tasty Works**<br>Line from Schedule A/B: **17.5** | $294.00 | ■ | $294.00 | **C.C.P. § 703.140(b)(5)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Brokerage: Webull**<br>Line from Schedule A/B: **17.6** | $274.00 | ■ | $274.00 | **C.C.P. § 703.140(b)(5)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Brokerage: Coinbase**<br>Line from Schedule A/B: **17.7** | $789.00 | ■ | $789.00 | **C.C.P. § 703.140(b)(5)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| **Venmo: Venmo**<br>Line from Schedule A/B: **17.8** | $0.00 | ■ | $0.00 | **C.C.P. § 703.140(b)(5)** |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |

| Debtor 1 | Chris Lee | | Case number (if known) | 21-10554 |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Claims against debtor's ex-business partner, Won Dong A. Lee Kim.**<br>Line from Schedule A/B: **19.1** | $173,820.00 | ■ $24,922.96<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Claims against debtor's ex-business partner, Won Dong A. Lee Kim.**<br>Line from Schedule A/B: **19.1** | $173,820.00 | ■ $8,725.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(6) |
| **Two domain names: punkvivid.com (Estibot value less than $100) pnwtransmitters.com (Estibot value less than $100)**<br>Line from Schedule A/B: **26.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Federal: Maximum potential 2020 tax refund. Amount scheduled represents the approximate total amount withheld in 2020.**<br>Line from Schedule A/B: **28.1** | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Federal: 2019 federal tax refund.**<br>Line from Schedule A/B: **28.2** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Potential VA disability benefits relating to physical injuries while serving. Debtor estimates his benefit may be roughly $140 per month.**<br>Line from Schedule A/B: **34.1** | Unknown | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(B) |
| **Potential VA disability benefits relating to physical injuries while serving. Debtor estimates his benefit may be roughly $140 per month.**<br>Line from Schedule A/B: **34.1** | Unknown | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(C) |
| **Anticipated Covid stimulus money.**<br>Line from Schedule A/B: **35.1** | $1,400.00 | ■ $1,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Chris** | | **Lee** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number **21-10554**
(if known)

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Chris Lee**                                    X _____
  **Chris Lee**                                           Signature of Debtor 2
  Signature of Debtor 1

  Date **June 13, 2021**                              Date _____

---

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 21-10554-MLB    Doc 16    Filed 06/13/21    Ent. 06/13/21 15:31:58    Pg. 11 of 11