Below is the Order of the Court.

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | ) Bankruptcy Case No. 21-10554 |
| | ) |
| Chris Lee, | ) EX-PARTE ORDER EXTENDING |
| | ) COMPLAINT DEADLINES |
| Debtor. | ) |
| | ) |

This matter having come on before the undersigned Bankruptcy Judge of the above-entitled court and the court considering the Ex-parte Stipulated Motion to Extend Deadlines To File Complaints, finds good cause to extend complaint deadlines.   Therefore, it is

ORDERED that the deadline to file discharge complaints pursuant to 11 U.S.C. §727 and dischargeability complaints pursuant to 11 U.S.C. §523 shall be extended to July 21, 2021 for any party in interest.

///End of Order///

Presented by:

  /s/Michael P. Klein_____

EX-PARTE ORDER EXTENDING
COMPLAINT DEADLINES - 1 -

**Michael P. Klein**
Chapter 7 Trustee
330 Madison Ave. S., Suite 110
Bainbridge Island, WA 98110
(206) 842-3638

Michael Klein, WSBA #18079
Chapter 7 Trustee

_Teri Johnson_
Teri E. Johnson, WSBA #37241
Attorney for Debtor

EX-PARTE ORDER EXTENDING
COMPLAINT DEADLINES - 2 -

**Michael P. Klein**
Chapter 7 Trustee
330 Madison Ave. S., Suite 110
Bainbridge Island, WA 98110
(206) 842-3638